**Criminal Cause for a Plea**
**Judge Nina Gershon**
September 10, 2009 at 3:30 PM

**USA v. McEnroe et al 08CR820**

Court Reporter: Fred Guerino    Case Manager: Victor Joe

| Plaintiff | | AUSA |
|---|---|---|
| | | Paul A Tuchmann<br>United States Attorneys Office<br>Eastern District Of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>718-254-6294  Fax: 718-254-6076<br>paul.tuchmann@usdoj.gov |
| **Defendant** | | **Defense counsel** |
| Ryan Gosin<br><br>Bond | | Martin Geduldig<br>400 South Oyster Bay Road, Suite 304<br>Hicksville, NY 11801<br>(516) 921-0945 Fax: (516) 937 1456<br>Email: geduldig@optonline.net |

☒ CASE CALLED.
☒ DEFT APPEARS WITH COUNSEL.   ☐ DEFT APPEARS WITHOUT COUNSEL
☐ COUNSEL PRESENT WITHOUT DEFT.
☐ STATUS CONF/HRG FOR DEFT  ADJ'D TO _____
☐ STATUS CONF/HRG FOR DEFT HELD.
☐ JURY SELECTION SET FOR _____
☐ BEFORE J. GERSHON   ☐ PARTIES CONSENT TO MAGISTRATE.
☐ TRIAL SCHEDULED FOR _____
☐ **SPEEDY TRIAL** INFO FOR DEFT
     ☐ STILL IN EFFECT   CODE TYPE___ START_____ STOP_____
     ☐ In the interest of justice as stated on the record, and with consent of the parties.
☐ STATUS CONF/HRG CONT'D TO_____
☐ FURTHER STATUS CONF/HRG SET FOR_____

DEFENDANT:   ☒ SWORN   ☐ ARRAIGNED   ☒ INFORMED OF RIGHTS
            ☒ WAIVES TRIAL BEFORE DISTRICT COURT
            ☒ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS
            **GUILTY PLEA** TO CTS. _Eleven_ OF THE (Superseding) INDICTMENT.
☒ COURT FINDS FACTUAL BASIS FOR THE PLEA.
☐ DEFT REQUESTS RETURN OF PROPERTY    ☐ ORDER FILED.
☒ SENTENCING   DATE: **January 20, 2010 @ 3:30 pm**
☒ Pre Sentencing Report Request.   ☒ Sentencing Scheduling Order Issued

Minutes: **The court finds that the plea was made knowingly, and voluntarily, and that it was not coerced. The court accept the defendant's guilty plea to count 11. The plea agreement is marked court exhibit 1 and returned to the Assistant. Sentencing is scheduled for January 20, 2010 at 3:30 pm.**

65 min