DkF

**LARUSSO & CONWAY**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD, SUITE 341**
**MINEOLA, NEW YORK 11501**
Telephone No. (516) 248-3520
Fax No. (516) 248-3522

October 6, 2010

The Honorable Nina Gerson
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Ryan Gosin
              Criminal Docket No: 08-CR-820

Dear Judge Gershon:

    This letter is respectfully submitted to seek permission for my client, Ryan Gosin to travel to his nephew's wedding in West Orange New Jersey on Sunday October 10, 2010. We are seeking permission for Mr. Gosin to be permitted travel from 12pm to 12am.

    I have spoken with Assistant United States Attorney Paul Tuchman and Donna Mackey of Pre-Trial Services who both have no objection to our request for travel.

    Thank you for your attention to this matter.

                Respectfully Submitted,

                *Joseph R. Conway*

                Joseph R. Conway, Esq.

*Application granted,*
*So Ordered.*
              s/NG
*USDJ*
*10-8-10*