**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of May, two thousand and eleven,

United States of America,

    Appellee,

v.

Michael McEnroe, Al Cassiano, Jr., Gloria Espenas, Irving Salzberg, Brian Klein,

    Defendants,

Ryan Gosin,

    Defendant - Appellant.

**ORDER**

Docket Number: 10-4943

A notice of appeal was filed on December 7, 2010. Appellant's brief and appendix, due April 25, 2011, have not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 19, 2011 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/20/2011